UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE LAFLEUR (#600564)

VERSUS

CAPTAIN VINCENT KNIGHT, ET AL.

CIVIL ACTION NO.

15-640-SDD-RLB

## RULING

This matter comes before the Court in connection with the Court's *Orders* dated October 1, 2015[1] and November 23, 2015[2]. On October 2, 2015, the Court issued an *Order* granting the Plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $9.53, and advising that "this action shall be dismissed" should the Plaintiff fail to comply with the Court's *Order*[3]. The Plaintiff failed to pay the initial partial filing fee as ordered and, on November 23, 2015, was ordered to show cause within twenty-one (21) days why his *Complaint*[4] should not be dismissed for failure to pay the initial partial filing fee. The Plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings and reserve accounts for the months of September and October of 2015, and he was advised that failure to submit the requested information for a determination by the Court that the Plaintiff had sufficient funds to make the required payment but failed to do so would result in dismissal of the Plaintiff's action without further notice. A review of

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 4.
[3] Rec. Doc. 3.
[4] Rec. Doc. 1.

the record reveals that the Plaintiff has failed to pay the initial partial filing fee or show cause, as ordered, why his *Complaint* should not be dismissed for failure to pay the initial partial filing fee. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding be dismissed without prejudice for failure of the Plaintiff to pay the Court's initial partial filing fee. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 14 day of January, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA