**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DANNIE LAFLEUR (#600564)     CIVIL ACTION

VERSUS     15-640-SDD-RLB

CAPTAIN VINCENT KNIGHT, ET AL.

## RULNG

Before the Court is Plaintiff's *Motion in Limine*[1] seeking to exclude Defendants' Exhibits 11, 12 and 19. No Opposition has been filed and the delays for filing same have passed.

Plaintiff moves to exclude Def Ex. No. 11, the record of the Administrative Remedy Proceedings ("ARP"), Def. Ex. No. 12, LSP's Disciplinary Reports pertaining to the incident which is the basis of the *Complaint*,[2] and Def. Ex. No. 19, LSP's Investigative Report regarding the incident which is the basis of the *Complaint*.

The ARP record, the Disciplinary Report, and the Investigative Report are out-of-court statements and, to the extent that they are offered for the truth of the matters asserted therein, constitute hearsay evidence under Rule 801(c) of the Federal Rules of

---

[1] Rec. Doc. 87.
[2] Rec. Doc. 1.
46648

Evidence.[3] The Motion[4] is **GRANTED** without prejudice to the Defendants' urging an appropriate exception to the rule against hearsay, if any.

Signed in Baton Rouge, Louisiana on June 26, 2018.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[3] *Johnson v. Cain*, 2011 WL 2437608, at *2 (M.D.La. 2011).
[4] Rec. Doc. 87.
46648